# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# (Wichita Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>SHEA THOMPSON,<br><br>               Defendant. | FILED UNDER SEAL<br><br>Case No. 17-10088-EFM |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

**18 U.S.C. 2252A(a)(5)(B)**
**Possession of Child Pornography**

On or about March 10, 2016, in the District of Kansas, the defendant,

**SHEA THOMPSON,**

knowingly possessed a computer disk and other material which contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, and such child pornography involved a prepubescent minor who had not attained 12 years of age, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## COUNT 2

### 18 U.S.C. 2252A(a)(5)(B)
### Possession of Child Pornography

On or about March 4, 2015, in the District of Kansas, the defendant,

**SHEA THOMPSON,**

knowingly accessed, with intent to view, a computer disk and other material which contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, and such child pornography involved a prepubescent minor who had not attained 12 years of age, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

### FORFEITURE ALLEGATION

1.  The allegations contained in Counts 1 and 2 of the Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253(a) and Title 28, United States Code, Section 2461(c).

2.  Upon conviction of either offense identified in Counts 1 and 2, the defendant,

**SHEA THOMPSON,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a) and Title 28, United States Code, Section 2461(c), any computer equipment involved in the commission of the offenses, including, but not limited to, a Mac Pro Cylinder desktop,

Mac Pro laptop, and external hard drive, seized by FBI, in the District of Kansas, on March 10, 2016.

                A TRUE BILL.

Dated:  June 9, 2017        s/Foreperson_____
                FOREPERSON

s/ Jason W. Hart, #20276 for
THOMAS E. BEALL
United States Attorney
District of Kansas
500 State Ave., Suite 360
Kansas City, KS 66101
(913) 551-6730
(913) 551-6541 (fax)
thomas.beall@usdoj.gov
Ks. S. Ct. No. 19929

**(It is requested that trial of the above captioned case be held in Wichita, Kansas.)**